UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:22-cv-14340-AMC

HOWARD COHAN,

    Plaintiff,

vs.

SEVEN RESTAURANTS, LLC
a Foreign Limited Liability Company

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, SEVEN RESTAURANTS, LLC, a Foreign Limited Liability Company, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED January 30, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: /s/ Michael A. Holt |
| Gregory S. Sconzo, Esq. | Michael A. Holt, Esquire |
| Florida Bar No.: 0105553 | Fla. Bar No. 91156 |
| Samantha L. Simpson, Esq. | mholt@fisherphillips.com |
| Florida Bar No.: 1010423 | Fisher & Phillips LLP |
| Sconzo Law Office, P.A. | 450 East Las Olas Boulevard, Suite 800 |
| 3825 PGA Boulevard, Suite 207 | Fort Lauderdale, Florida 33301 |
| Palm Beach Gardens, FL 33410 | Telephone (954) 525-4800 |
| Telephone: (561) 729-0940 | Facsimile (954) 525-8739 |
| Facsimile: (561) 491-9459 | *Attorneys for Defendant* |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                /s/ Gregory S. Sconzo
                                                **Gregory S. Sconzo, Esq.**